UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYMAX CO., LTD, | Case No. SACV 09-1432 RNB |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| GRZEGORZ GRYCUK, et al., | |
| Defendants. | |

To date, no proof of service has been filed, and it therefore appears to the Court that the named defendants were not served within the 120-day period allowed for accomplishment of service of the summons and complaint under Federal Rule of Civil Procedure 4(m). By the Court's calculation, the service period expired here on April 7, 2010.

Accordingly, pursuant to Rule 4(m) and Local Rule 41-1, plaintiff is ORDERED to show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff's counsel under penalty of perjury, within fourteen (14) days of the date of this Order. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for its failure to timely serve, this action will be subject**

1

1    **to dismissal without prejudice for failure to prosecute.**  <u>See</u> Fed. R. Civ. P. 4(m);
2    Local Rule 41-1; <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed.
3    2d 734 (1962); <u>see also</u> <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988).

5    DATED:  <u>April 9, 2010</u>

*[signature]*

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE