1   STEVEN BROWER (SBN: 93568)
    BUCHALTER NEMER
2   A Professional Corporation
    18400 Von Karman Avenue, Suite 800
3   Irvine, CA 92612-0514
    Telephone: (949) 760-1121
4   Facsimile: (949) 720-0182
    Email: sbrower@buchalter.com
5
    Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  JOYMAX CO., LTD,                  Case No. SACV09-1432 (RNB)

12            Plaintiff,              DECLARATION OF STEVEN
                                      BROWER IN RESPONSE TO
13        vs.                         COURT'S ORDER TO SHOW
                                      CAUSE RE: TIMELY SERVICE OF
14  GRZEGORZ GRYCUK, ECSRO,           DEFENDANTS IN POLAND UNDER
    ECSRO.NET, GOLD SOLD,             THE HAGUE CONVENTION
15  GOLDSOLD.PL and DOES 1-10,
    Inclusive,
16
              Defendants.
17

18
        I, Steven Brower, declare as follows:

19
        1.      I am an attorney at law duly licensed to practice before all the courts in

20
    the State of California and before this Court. I am a shareholder with the law firm

21
    of Buchalter Nemer, A Professional Corporation, counsel for Plaintiff Joymax Co.,

22
    Ltd. I make this declaration on my own personal knowledge, except as to matters

23
    stated herein on information and belief, and as to those matters, I believe them to be

24
    true and correct. If called as a witness, I could and would competently testify to the

25
    matters contained herein.

26
        2.      On April 12, 2010, I received notice via the electronic case filing

27
    system ("ECF") of the Order to Show Cause by Magistrate Judge Robert N. Block,

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
    IRVINE

1   requiring me to file a declaration to show good cause for Plaintiff's apparent failure
2   to timely serve the Complaint, a true and correct copy of which is attached hereto as
3   Exhibit "1."

4       3.    The Complaint was filed, and the Summons was issued, on
5   December 8, 2009.

6       4.    As set forth in the Complaint, Defendant GRZEGORZ GRYCUK is an
7   individual residing in the country of Poland.   (Complaint at ¶5).   In addition,
8   Defendants ECSRO, ECSRO.NET, GOLD SOLD, and GOLDSOLD.PL are
9   business entities of unknown composition, possibly existing under the laws of the
10  country of Poland, but are more likely fictitious business names of Mr. Grycuk.
11  (Complaint at ¶6).   Therefore, all service must be completed in Poland.

12      5.    Poland is a signatory to the Convention on the Service Abroad of
13  Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague
14  Service Convention"), as reflected in the records and publications of the Hague
15  Conference on Private International Law (the "Hague").   A true and correct copy of
16  a listing of contracting countries to the Hague Service Convention is attached
17  hereto as Exhibit "2."

18      6.    Although Poland is a signatory to the Hague Service Convention, it
19  has objected to Article 10, section (a), which otherwise permits service by postal
20  channels.   Attached hereto as Exhibits "3" (See p. 2) and "4" are true and correct
21  copies of publications by the United States State Department and the Hague stating
22  that Poland opposed service by postal modes within its territory.

23      7.    Because the Polish government objects to service of process by mail, it
24  was decided that Joymax would serve the Defendants by formal means under
25  Chapter 1, Articles, 2, 3, 4 and 5 of the Hague Service Convention.

26      8.    Articles 2 and 3 of the Hague Service Convention provide that the
27  serving party shall serve two copies of a request for formal service of documents
28  and the documents.   Article 5 provides that a State can require that the documents

be translated into the official language.  Polish Code of Civil Procedure Article 1132(2) requires that documents served pursuant to Article 5 of the Hague Service Convention be translated into Polish.

9. Shortly after the Complaint was filed we researched certified translators to translate the summons, complaint, and Hague request forms from English to Polish.  We retained a certified translator, American Language Services in Los Angeles, to translate the documents in mid-December 2009.  I received the documents translated into Polish along with a duly notarized Certificate of Translation on December 28, 2009.  A true and correct copy of the notarized Certificate of Translation that I received from American Language Services is attached hereto as Exhibit "5."

10. Article 3 of the Hague Service Convention requires that documents shall be served on the Central Authority of the State.  Thereafter, the Central Authority will cause the documents to be served upon the persons at the addresses provided.

11. We retained First Legal Investigations ("First Legal") to handle the service of the documents.  On January 4, 2010, an associate at Buchalter Nemer, Carol Dwyer, instructed First Legal to personally serve three (3) translated copies of the Summons, Complaint and Hague Request forms to the Polish Central Authority in Poland (the "Central Authority.")

12. I asked First Legal for a status update and, on January 21, 2010, I learned that First Legal mailed the documents directly to the Polish Central Authority on January 8, 2010 without obtaining any confirmation of delivery.  I then instructed First Legal to send the documents to the Central Authority using a method which would provide confirmation of delivery.  Attached hereto as Exhibit "6" is a true and correct copy of the Federal Express shipment confirmation, signed by the Polish Central Authority, confirming receipt of the documents on January 27, 2010.

13.     Article 6 of the Hague Service Convention provides that the Central Authority shall directly forward the certificates of service to the requesting party. The Hague Service request forms completed by Plaintiff's counsel provided my name, address, and telephone number as the recipient of the certificates of service. (See Exhibit 7 for English version).

14.     Notwithstanding the fact that I am expecting the certificates of service to be mailed directly to me upon completion of service, on numerous occasions from January 2010 to the present, we called First Legal to obtain updates on the status of service and estimates on when we could expect to receive documents. Most recently, First Legal informed us that sending an agent to visit the Central Authority to inquire as to the status would result in a longer delay.

16.     Although we have not received any proof of service I am informed and believe that the Defendants have been served based on the fact that www.ecsro.net has been deactivated and postings on various message boards would indicate that defendant is aware of the litigation.

17.     Based upon the foregoing, I am optimistic that the Defendants have been served and that the Central Authority should be processing the certificates of service to transmit to me shortly.  If the process takes 6 months, I would expect to receive the certificates of service not later than June 2010. Accordingly, Plaintiff respectfully requests that the Court continue the OSC re: service until June 30, 2010, which is six months after the Central Authority signed a receipt for initial delivery of the documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 23, 2010 at Irvine, California.

_____"signed by efiling id"_____

STEVEN BROWER

Exhibit "1"

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Monday, April 12, 2010 3:09 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:09-cv-01432-RNB Joymax Co LTD v. Grzegorz Grycuk et al Order to Show Cause

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/12/2010 at 3:07 PM PDT and filed on 4/9/2010
**Case Name:**        Joymax Co LTD v. Grzegorz Grycuk et al
**Case Number:**      8:09-cv-01432-RNB
**Filer:**
**Document Number:** 7

**Docket Text:**
**ORDER TO SHOW CAUSE by Magistrate Judge Robert N. Block: (See Order for details). Plaintiff shall attempt to show cause by filing a declaration, signed by plaintiff's counsel under penalty of perjury, within fourteen (14) days of the date of this Order. If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for its failure to timely serve, this action will be subject to dismissal without prejudice for failure to prosecute. Response to Order to Show Cause due by 4/23/2010. (wr)**

**8:09-cv-01432-RNB Notice has been electronically mailed to:**

Steven Joel Brower    sbrower@buchalter.com

**8:09-cv-01432-RNB Notice has been delivered by First Class U. S. Mail or by fax to: :**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOYMAX CO., LTD,                                  )   Case No. SACV 09-1432 RNB
                                                 )
                        Plaintiff,               )
            vs.                                  )   ORDER TO SHOW CAUSE
                                                 )
GRZEGORZ GRYCUK, et al.,                          )
                                                 )
                        Defendants.              )
                                                 )
_____                   )

     To date, no proof of service has been filed, and it therefore appears to the Court that the named defendants were not served within the 120-day period allowed for accomplishment of service of the summons and complaint under Federal Rule of Civil Procedure 4(m). By the Court's calculation, the service period expired here on April 7, 2010.

     Accordingly, pursuant to Rule 4(m) and Local Rule 41-1, plaintiff is ORDERED to show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed by plaintiff's counsel under penalty of perjury, within fourteen (14) days of the date of this Order. **If plaintiff does not timely file such a declaration or if plaintiff fails to show good cause for its failure to timely serve, this action will be subject**

1

1  **to dismissal without prejudice for failure to prosecute.**  See Fed. R. Civ. P. 4(m);

2  Local Rule 41-1; Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed.

3  2d 734 (1962); see also Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

4

5  DATED:  April 9, 2010

6

7  _____

8  ROBERT N. BLOCK
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit "2"

Case 8:09-cv-01432-JVS-E   Document 8   Filed 04/23/10   Page 10 of 42   Page ID #:34

# Status table

## 14: Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters

Entry into force: 10-II-1969

Last update: 14-IV-2010
Number of Contracting States to this Convention: 61

🖶 View and/or print full status report

1) S = Signature
2) R/A/Su = Ratification, Accession or Succession
3) Type = R: Ratification;
A: Accession;
A*: Accession giving rise to an acceptance procedure; click on A* for details of acceptances of the accession;
C: Continuation;
Su: Succession;
Den: Denunciation;
4) EIF = Entry into force
5) Ext = Extensions of application
6) Auth = Designation of Authorities
7) Res/D/N = Reservations, declarations or notifications

## Members of the Organisation (click here for the non-Member States)

| States | S[1] | R/A/Su [2] | Type [3] | EIF [4] | Ext [5] | Auth [6] | Res/D/N [7] |
|---|---|---|---|---|---|---|---|
| Albania | | 1-XI-2006 | A | 1-VII-2007 | | 3 | |
| Argentina | | 2-II-2001 | A | 1-XII-2001 | | 2 | D,Res 5,10,15,16 |
| Australia | | 15-III-2010 | A | | | | |
| Belarus | | 6-VI-1997 | A | 1-II-1998 | | 1 | |
| Belgium | 21-I-1966 | 19-XI-1970 | R | 18-I-1971 | | 2 | D 8,15,16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bosnia and Herzegovina | | 16-VI-2008 | A | 1-II-2009 | 1 | |
| Bulgaria | | 23-XI-1999 | A | 1-VIII-2000 | 3 | D 5,8,10,15,16 |
| Canada | | 26-IX-1988 | A | 1-V-1989 | 4 | D 5,8,10,11,12,15,16,2 |
| China, People's Republic of | | 6-V-1991 | A | 1-I-1992 | 8 | D,N 5,8,10,15,16 |
| Croatia | | 28-II-2006 | A | 1-XI-2006 | 3 | Res,D 5,6,8,9,10,15,16 |
| Cyprus | | 26-X-1982 | A | 1-VI-1983 | 4 | D 8,10,15,16 |
| Czech Republic | | 28-I-1993 | Su | 1-I-1993 | 4 | D,Res 8,10,15,29 |
| Denmark | 7-I-1969 | 2-VIII-1969 | R | 1-X-1969 | 3 | D 10,15,16 |
| Egypt | 1-III-1966 | 12-XII-1968 | R | 10-II-1969 | 1 | Res 8,10 |
| Estonia | | 2-II-1996 | A | 1-X-1996 | 1 | D 10,15,16 |
| Finland | 15-XI-1965 | 11-IX-1969 | R | 10-XI-1969 | 2 | D 2,9,10 |
| France | 12-I-1967 | 3-VII-1972 | R | 1-IX-1972 1 | 3 | D 8,15,16 |
| Germany | 15-XI-1965 | 27-IV-1979 | R | 26-VI-1979 | 3 | D 5,8,10,15,16 |
| Greece | 20-VII-1983 | 20-VII-1983 | R | 18-IX-1983 | 1 | D 8,10,15 |
| Hungary | | 13-VII-2004 | A | 1-IV-2005 | 3 | D 2,5,6,8,9,10,15,16 |
| Iceland | | 10-XI-2008 | A | 1-VII-2009 | 1 | D,Res 10,15,16 |
| India | | 23-XI-2006 | A | 1-VIII-2007 | 1 | D,Res 10,15,16 |
| Ireland | 20-X-1989 | 5-IV-1994 | R | 4-VI-1994 | 3 | D,Res 10,15 |
| Israel | 25-XI-1965 | 14-VIII-1972 | R | 13-X-1972 | 2 | D,Res 10,16 |
| Italy | 25-I-1979 | 25-XI-1981 | R | 24-I-1982 | 3 | D 5,12 |
| Japan | 12-III-1970 | 28-V-1970 | R | 27-VII-1970 | 3 | D 10,15 |

| Country | | | | | | | |
|---|---|---|---|---|---|---|---|
| Korea, Republic of | | 13-I-2000 | A | 1-VIII-2000 | | 2 | D,Res 8,10,15 |
| Latvia | | 28-III-1995 | A | 1-XI-1995 | | 4 | D 5,8,10,15 |
| Lithuania | | 2-VIII-2000 | A | 1-VI-2001 | | 1 | D,Res 8,10,15,16 |
| Luxembourg | 27-X-1971 | 9-VII-1975 | R | 7-IX-1975 | | 1 | D,Res 5,8,15,16 |
| Mexico | | 2-XI-1999 | A | 1-VI-2000 | | 1 | D 5,6,8,10,12,15,16 |
| Monaco | | 1-III-2007 | A | 1-XI-2007 | | 2 | D 8,10,15,16 |
| Netherlands | 15-XI-1965 | 3-XI-1975 | R | 2-I-1976 | 1 | 5 | D 15,16 |
| Norway | 15-X-1968 | 2-VIII-1969 | R | 1-X-1969 | | 3 | D,Res 8,10,15,16 |
| Poland | | 13-II-1996 | A | 1-IX-1996 | | 4 | Res 8,10 |
| Portugal | 5-VII-1971 | 27-XII-1973 | R | 25-II-1974 | | 2 | D 8,15,16 |
| Romania | | 21-VIII-2003 | A | 1-IV-2004 | | 2 | D 8,16 |
| Russian Federation | | 1-V-2001 | A | 1-XII-2001 | | 4 | D,Res 2,3,5,6,8,9,10,12,15 |
| Slovakia | | 15-III-1993 | Su | 1-I-1993 | | 4 | D 8,10,15,29 |
| Slovenia | | 18-IX-2000 | A | 1-VI-2001 | | 1 | |
| Spain | 21-X-1976 | 4-VI-1987 | R | 3-VIII-1987 | | 3 | D 15,16 |
| Sri Lanka | | 31-VIII-2000 | A | 1-VI-2001 | | 3 | D 7,8,10,15 |
| Sweden | 4-II-1969 | 2-VIII-1969 | R | 1-X-1969 | | 2 | D 5,10 |
| Switzerland | 21-V-1985 | 2-XI-1994 | R | 1-I-1995 | | 3 | D,Res 1,5,8,10,15 |
| The former Yugoslav Republic of Macedonia | | 23-XII-2008 | A | 1-IX-2009 | | 1 | D,Res 5,6,8,9,10,15,16,21 |
| Turkey | 11-VI-1968 | 28-II-1972 | R | 28-IV-1972 | | 3 | Res,D 8,10,15,16 |
| Ukraine | | 1-II-2001 | A | 1-XII-2001 | | 3 | D,Res 8,10,15,16 |

| United Kingdom of Great Britain and Northern Ireland | 10-XII-1965 | 17-XI-1967 | R | 10-II-1969 | 14 | 4 | D 2,5,10,15,16,18 |
| United States of America | 15-XI-1965 | 24-VIII-1967 | R | 10-II-1969 | 1 | 1 | D 2,15,16,29 |
| Venezuela | | 29-X-1993 | A | 1-VII-1994 | | 1 | D,Res 5,8,10,1516 |

# Non-Member States of the Organisation (click here for the Members)

| States | S[1] | R/A/Su[2] | Type[3] | EIF[4] | Ext[5] | Auth[6] | Res/D/N[7] |
|---|---|---|---|---|---|---|---|
| Antigua and Barbuda | | 1-V-1985 | Su | 1-XI-1981 | | 1 | |
| Bahamas | | 17-VI-1997 | A | 1-II-1998 | | 1 | |
| Barbados | | 10-II-1969 | A | 1-X-1969 | | 1 | |
| Belize | | 8-IX-2009 | A | 1-V-2010 | | | |
| Botswana | | 10-II-1969 | A | 1-IX-1969 | | 3 | D 5,10,15 |
| Kuwait | | 8-V-2002 | A | 1-XII-2002 | | 3 | D,Res 6,8,9,10,15,16,18 |
| Malawi | | 24-IV-1972 | A | 1-XII-1972 | | 1 | |
| Pakistan | | 7-XII-1988 | A | 1-VIII-1989 | | 3 | D 8,15,16 |
| Saint Vincent and the Grenadines | | 6-I-2005 | Su | 27-X-1979 | | 3 | D 5,10,15 |
| San Marino | | 15-IV-2002 | A | 1-XI-2002 | | 3 | D 8,10,15 |
| Seychelles | | 18-XI-1980 | A | 1-VII-1981 | | 1 | D 8,10,15,16 |

1) S = Signature
2) R/A/Su = Ratification, Accession or Succession
3) Type = R: Ratification;
A: Accession;
A*: Accession giving rise to an acceptance procedure; click on A* for details of acceptances of the accession;
C: Continuation;

Case 8:09-cv-01432-JVS-E   Document 8   Filed 04/23/10   Page 14 of 42   Page ID #:38

Su: Succession;
Den: Denunciation;
4) EIF = Entry into force
5) Ext = Extensions of application
6) Auth = Designation of Authorities
7) Res/D/N = Reservations, declarations or notifications

Exhibit "3"

## SERVICE OF LEGAL DOCUMENTS ABROAD

**DISCLAIMER: THE INFORMATION IN THIS CIRCULAR RELATING TO THE LEGAL REQUIREMENTS OF SPECIFIC FOREIGN COUNTRIES IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A PARTICULAR CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO FOREIGN COUNSEL.**

**PROHIBITION:** Foreign Service officers are prohibited by Federal regulations (22 CFR 92.85) from serving process on behalf of private litigants or appointing others to do so, state law notwithstanding.

Service by Foreign Central Authority Pursuant to Multilateral Treaty or Convention
    Hague Service Convention Inter-American Convention on Letters Rogatory U.S. Central Authority for
    Hague and Inter-American Service Conventions
Service by Mail
    Hague Service Convention Treaty Obligation Not to Serve by Mail
Service by Publication
Waiver of Service
Service Pursuant to a Letter Rogatory
Service of Subpoenas
Service on a Foreign State, Agency or Instrumentality

**SERVICE BY FOREIGN CENTRAL AUTHORITY PURSUANT TO MULTILATERAL TREATY OR CONVENTION:** *(Rule 4(f)(1) F.R.Cv. P.)* The United States is a party to two multilateral treaties on service of process, the Hague Service Convention and the Inter-American Service Convention. Procedures for service under these treaties are summarized below, and explained in greater detail in our web pages about the operation of the conventions. See also our country-specific flyers on service of process or international judicial assistance.

**HAGUE SERVICE CONVENTION:** The Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 U.S.T. 361; 658 U.N.T.S. 163, T.I.A.S. No. 6638; 28 U.S.C.A. (Appendix following Rule 4 FRCvP). See the Hague Conference on Private International Law web page about the Hague Service Convention. The form required for transmittal of service requests to the foreign central authority (USM-94) is available from the U.S. Marshals Service web page.

> **NOTE:** For the current list of countries and dependencies party to the Convention, see the Status Table for the Hague Service Convention on the Hague Conference web page. The column captioned "EIF" (Entered into Force) reflects when the treaty became valid in that country. The Hague Conference designates months with Roman Numerals. It is important to read the reservations (Res), Declarations (D) and Notifications (N) for each country. The foreign central authorities (Auth) are also listed on the Hague Conference Service Convention page.

**INTER-AMERICAN SERVICE CONVENTION:** The Inter-American Convention on Letters Rogatory (OAS Treaty Text B-36) and List of Ratifications for OAS Treaty Text B-36), done at Panama January 30, 1975; and Additional Protocol (OAS Treaty Text B-46 and List of Ratifications for OAS Treaty Text B-46) with Annex [regarding service of process] done at Montevideo, Uruguay on May 8, 1979. Senate Treaty Doc. 98-27; 98th Congress; 2d Session. See the Department of State Circular on the Operation of the Inter-American Service Convention. **Only countries party to both the Convention and the Additional Protocol have a treaty relationship with the United States.** See Treaties in Force on the U.S. Department of State web page. The Inter-American Service Convention is now in force between the United States and Argentina, Brazil, Chile, Colombia, Ecuador, El Salvador, Guatemala, Mexico, Panama, Paraguay, Peru, United States, Uruguay, and Venezuela. **For the most up to date information about ratifications and accessions to the Convention and the Additional Protocol, see the OAS web pages.** Submit a request for service in a foreign country party to the Convention and Additional Protocol on a form USM-272 (English) and USM 272A (Spanish), available at the office of any United States Marshal or the U.S. Department of Justice's contractor, Process

Forwarding International (PFI). Information about how to submit requests is available at
http://www.hagueservice.net/ and http://www.hagueservice.net/iac.html. And see Message to the Senate
Transmitting the Inter-American Convention on Letters Rogatory and Additional Protocol (1984); Executive
Order 12638 -- Delegation of Functions Relating to the Implementation of the Inter-American Convention on
Letters Rogatory and Additional Protocol (1988).

**U.S. CENTRAL AUTHORITY FOR HAGUE AND INTER-AMERICAN SERVICE TREATIES** : Office of
International Judicial Assistance, Civil Division, Department of Justice, 1100 L St., N.W., Room 11006,
Washington, D.C. 20530, tel: 202) 307-0983;fax: (202) 514-6584. Requests for service of U.S. documents
abroad under the Inter-American Service Convention should be sent to the U.S. Department of Justice's
contractor, Process Forwarding International (PFI). Information about how to submit requests is available at
http://www.hagueservice.net/.

**SERVICE BY INTERNATIONAL REGISTERED MAIL:** (Rule 4(f)(2)(C)(ii) F.R.Cv.P.) registered or certified
mail, return receipt requested may be sent to most countries in the world. Rule 4(f)(2)(C) provides that this
method of service may be used unless prohibited by the law of the foreign country. **(But see discussion
below regarding treaty obligation to refrain from this method of service in certain countries.)** To
ascertain whether such mail service exists in a foreign state, contact your local Post Office to review the
International Mail Manual and consult the business section on international mail of the U.S. Postal Service
web page for general information, or contact the Government Printing Office. For a general discussion of
service by international mail see Born & Westin, 125-126; Epstein & Snyder, Sec. 4.04[3] p. 4-14 - 4-18;
Ristau, Sec. 3-1-11, p. 70.4 - 70.5 (1995 supp.); and Wright & Miller, Sec. 1074, note 6 at 458; Sec. 1092 at
51, 52; Sec. 1134 at 377 regarding international mail conventions and Sec. 1136 regarding proof of service by
mail in a foreign country (1987).

**HAGUE SERVICE CONVENTION TREATY OBLIGATION TO REFRAIN FROM SERVICE BY MAIL:**
American courts have held that formal objections to service by mail made by countries party to a multilateral
treaty or convention on service of process at the time of accession or subsequently in accordance with the
treaty are honored as a treaty obligation, and litigants should refrain from using such a method of service.
See DeJames v. Magnificence Carriers, Inc., 654 F.2d 280 (3d Cir. 1981), [cert. den., 454 U.S. 1085];
Porsche v. Superior Court, [123 Cal. App. 3d 755,] 177 Cal. Rptr. 155 (1981).

**Note**: Service by registered mail **should not be** used in the
following countries which notified the treaty repository that it
objected to the method described in Article 10(a) (postal
channels):

Argentina
Bulgaria
China, PRC
Czech Republic
Egypt
Germany
Greece
Hungary
Japan
Korea
Kuwait
Lithuania
Norway
Poland
Russian Federation
San Marino
Slovak Republic
Sri Lanka
Switzerland
Turkey
Ukraine
Venezuela

These countries have notified the Hague Conference on Private

International Law and the Government of the Netherlands (the repository) on accession, ratification or subsequently that they object to service in accordance with Article 10, sub-paragraph a of the Convention, via postal channels. See Memorandum of the Administrative Office of the U.S. Courts (November 6, 1980) at Cumulative Digest of United States Practice in International Law, 1981-1988, Department of State, Office of the Legal Adviser, 1447 (1994) or Ristau, Sec. 3-1-9, p. 70.2 (1995 supp).

**For a definitive up to date information about countries objecting to service by mail (Article 10 a), see the** status table **of the Hague Conference on Private International Law Hague Service Convention web page and review the reservations and declarations for each country.**

**PERSONAL SERVICE BY AGENT:** (Rule 4(f)(2)(C)(i) FRCvP) If personal service is desired in countries which are not party to the Hague Service Convention, the most expeditious method may be to retain the services of a local foreign attorney or process server. Rule 4(f)(2)(C) provides for personal service unless prohibited by the laws of the foreign country. The attorney (or agent) can execute an affidavit of service at the nearest U.S. embassy or consulate, or before a local foreign notary which can be authenticated, either with an apostille for countries party to the Hague Legalization Convention, or by a U.S. consular officer at a U.S. Embassy abroad. See our web page guidance about notarial and authentication services and 7 Foreign Affairs Manual Chapter 800. (See Wright & Miller, Sec. 1136 regarding proof of service. See 22 CFR 22.1 for the Consular Schedule of Fees for notarial and authentication services. Lists of foreign attorneys are available from the Department of State, Bureau of Consular Affairs, Overseas Citizens Services and from U.S. embassies and consulates abroad. See also our web feature, "Retaining a Foreign Attorney". It should be noted, however, that this method of service may not be considered valid under the laws of the foreign country. If eventual enforcement of the U.S. judgment in the foreign country is foreseen, this method may not suffice. It may be prudent to consult local foreign counsel early in the process on this point. American process servers and other agents may not be authorized by the laws of the foreign country to effect service abroad, and such action could result in their arrest and/or deportation. See Wright & Miller, Sec. 1135 and 1133 (1987) on the subject of who is authorized to serve process abroad.

**SERVICE BY LETTER ROGATORY:** (Rule 4(f)(2)(B) F.R.Cv.P; 28 U.S.C. 1696) A letter rogatory, also known as a "letter of request", is a request from a court in the United States to a court in a foreign country requesting international judicial assistance, which is often employed to obtain evidence abroad, but is also utilized in effecting service of process and particularly in those countries which prohibit other methods of service. In some countries service by letters rogatory is the only recognized method of service. Service of a judicial summons, as set forth in Rule 9(c), F.R.Cr. P., may also be effected pursuant to a letter rogatory. Service of process by judicial authorities in the receiving State pursuant to a letter rogatory from a court in the sending State is based on comity. Procedural requirements vary from country to country. See our web page guidance on "Preparation of Letters Rogatory". See also our country-specific flyers for any peculiarities of particular countries, or consult the appropriate geographic division of the U.S. Department of State, Bureau of Consular Affairs, Office of American Citizens Services. **Letters rogatory are a time consuming, cumbersome process and should not be utilized unless there are no other options available. If the laws of the foreign country permit other methods of service, the use of letters rogatory is not recommended given the habitual time delays of up to a year or more in execution of the requests.** (See Casad, Jurisdiction in Civil Actions, 4.06(2) (1983 & Supp. 1986); Horlick, A Practical Guide to Service of United States Process Abroad, 14 Int'l Law. 637, 642 (1980); Born & Westin, 123-125, 133-136; Wright & Miller, Federal Practice & Procedure, Sec. 1134 (1987); and Cumulative Digest of United States Practice in International Law, 1981-1988, Department of State, Office of the Legal Adviser, 1442, 1448 (1994).)

**SERVICE BY PUBLICATION:** Service by publication may also be a viable option, however, this may not be a valid method of service under the laws of the foreign country. If eventual enforcement of a U.S. judgment in a foreign country is foreseen, it may be prudent to consult local foreign counsel or American foreign legal consultants abroad before proceeding with such a method of service. See Wright & Miller, Sec. 1062 at 222 (1987); Sec. 1074, note 17 at 461-463 (1987); 1092; 1112; 1117-1118 and 1996 pocket part.

**WAIVER OF SERVICE:** (Rule 4(d) F.R.Cv.P.) Waiver of service may also be a viable option, however, this may not be a valid method of service under the laws of the foreign country. If eventual enforcement of a U.S. judgment in a foreign country is foreseen, it may be prudent to consult local foreign counsel or American foreign legal consultants abroad before proceeding with such a method of service. See Wright & Miller, Sec.

1062 (1987). Waivers of service may be executed before a U.S. consular official abroad in the form of an acknowledgment or affidavit. See our web page about notarial and authentication services abroad.

**SERVICE OF SUBPOENA:** 28 U.S.C. 1783, 28 U.S.C. 1784 and Rule 45 of the Federal Rules of Civil Procedure, 28 U.S.C. Appendix provide for service of a subpoena upon a national or resident of the United States in a foreign country. There are no provisions for service upon non-U.S. nationals or residents. See 22 C.F.R. 92.86 - 92.89. Consult the Directorate of Overseas Citizens Services of the Department of State Bureau of Consular Affairs for further guidance.

**FOREIGN SOVEREIGN IMMUNITIES ACT:** U.S. embassies abroad will serve a summons, complaint and notice of suit on a foreign government (28 U.S.C. 1608 (a)(4); 22 C.F.R. 93) on instructions from the Department of State, Bureau of Consular Affairs, Office of Policy Review and Inter-Agency Liaison. Similarly, letters rogatory requesting service of process on an agency or instrumentality of a foreign government pursuant to 28 U.S.C. 1608(b)(3)(A) must be transmitted to the Department of State, Office of Policy Review and Inter-Agency Liaison. See Sec. 1608 of the Act for the specific hierarchical service provisions. See also our web page feature about service under the Foreign Sovereign Immunities Act and FSIA checklist.

Exhibit "4"

Reservations

Articles: 8,10

<u>**(Click here for the Central Authority designated by Poland and other practical information)**</u>

**Text of the declaration:**

*(Translation)*
The Republic of Poland has decided to join the Convention, declaring that it is opposed to the modes of service specified in Articles 8 and 10 within its territory.

Exhibit "5"



*Making the World a Little Smaller*

# CERTIFICATION OF TRANSLATION
## AFFIDAVIT FOR TRANSLATION OF SAID DOCUMENT

American Language Services, a company specializing in the translation of documents, certifies the following:

- American Language Services has retained a professional translator for the attached English into Polish document.  The document is referred to as:

  **"CALIFORNIA CENTRAL DISTRICT COMPLAINT JOYMAX CO., LTD VS. GRZEGORZ GRYCUK, ESCRO, ESCRO.NET, GOLD SOLD, GOLDSOLD.PL AND DOES 1-10 CASE NO. SACV09-1432 RNB (11/26/09)"**

- I affirm that such translation has been prepared by a duly qualified translator, who has confirmed that such translation is, to the best of their knowledge and belief, a true and accurate translation in Polish of the corresponding English document.

- I declare under the penalty of perjury that the forgoing is true and correct. Notwithstanding the foregoing affirmations, no liability is assumed for errors and omissions in the translation of the attached document.

- Executed on this 23rd day of December, 2009, in Los Angeles, California.

DINA SPEVACK, DIRECTOR
AMERICAN LANGUAGE SERVICES

1849 SAWTELLE BLVD. SUITE 600  LOS ANGELES, CALIFORNIA 90025
TEL (310) 829-0741 FAX (310) 829-3222
translation@alsglobal.net
www.alsglobal.net

# CALIFORNIA PROOF OF EXECUTION BY SUBSCRIBING WITNESS

State of California

County of ___Los Angeles___ } ss.

On ___December 23, 2009___, before me, the undersigned Notary Public, personally
         <span>Date</span>

appeared ___Alan Weiss___, ☒ personally known to me – **OR** –
          <span>Name of Subscribing Witness</span>

☐ proved to me on the oath/affirmation of _____,
                                          <span>Name of Credible Witness Who Identifies Subscribing Witness</span>

who is personally known to me, to be the person whose name is subscribed to the within
instrument as a witness thereto, who, being by me duly sworn, deposed and said that he/she

was present and saw ___Dina Spevack___,
                    <span>Name of Absent Principal Signer</span>

"CALIFORNIA CENTRAL DISTRICT COMPLAINT    the same person described in and whose name
JOYMAX CO., LTD VS. GRZEGORZ GRYCUK, ESCRO,   is subscribed to the within and annexed
ESCRO.NET, GOLD SOLD, GOLDSOLD.PL AND     instrument in his/her authorized capacity(ies)
DOES 1-10 CASE NO. SACV09-1432 RNB"       as a party thereto, execute the same, and that
                                          said affiant subscribed his/her name to the
                                          within instrument as a witness at the
                                          request of

```
STEPHEN DEMIRGIAN
COMM. # 1855422
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JULY 18, 2013
```

                                          ___Dina Spevack___.
                                          <span>Name of Principal Signer (Again)</span>

                                          WITNESS my hand and official seal.

<span>Place Notary Seal Above</span>
                                          _____
                                          <span>Signature of Notary Public</span>

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and
could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: ___See Above___
Document Date: ___November 26, 2009___    Number of Pages: ___11___
Signer(s) Other Than Named Above: _____

## Capacity Claimed by Absent Principal Signer

☐ Individual
☒ Corporate Officer — Title(s): ___CEO___
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Absent Signer (Principal) Is Representing: _____

RIGHT THUMBPRINT OF
SUBSCRIBING WITNESS
Top of thumb here

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Prod. No. 5908    Reorder: Call Toll-Free 1-800-876-6827

Exhibit "6"



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

April 16,2010

Dear Customer:

The following is the proof-of-delivery for tracking number **834382975115**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WARSZAWA |
| Signed for by: | .KOS | Delivery date: | Jan 27, 2010 14:54 |
| Service type: | Priority Box | | |



---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 834382975115 | Ship date: | Jan 25, 2010 |
| | | Weight: | 5.0 lbs/2.3 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| WARSZAWA PL | SANTA ANA, CA US |

| | |
|---|---|
| **Reference** | 323070 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Exhibit "7"

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at the The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| **Joymax Co., Ltd** | **Ministerstwo Sprawiedliw OSCI** |
| **c/o Steven Brower, Esq.** | **Department  Wspolpracy Miedzynarodowej** |
| **Buchalter Nemer** | **i Prawa Europejsklpgo** |
| **18400 Von Karman Avenue, Suite 800** | **Al. Vjazdowskie II** |
| **Irvine, CA 92612, USA** | **00-950 Warszawa Poland** |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

   (Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés.*
*en la priani conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir.*

   (identité et adresse) _____

_____

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   *a) selon les formes légales (article 5, alinéa premier, lettre a).* _____

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:

   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate
as provided on the reverse side

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation*
*figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons
_____

Complaint
_____

_____          Done at _____ , the _____

_____          *Fait à* _____ , *le* _____

_____          **Signature and/or stamp.**
                                   *Signature et/ou cachet.*

_____

1   (Formerly OBD -116 which was formerly LAA -116,
    both of which may still be used)

USM-94
(Est. 11/22/77)

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE

*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1.  que la demande a étéexécutée*

    **-the (date)**

    *-le (date)*

    **-at (place, street, number)**

    *-à (localité, rue numéro)*  _____

    **-in one of the following methods authorised by article 5-**

    *-dans une des formes suivantes prévues à l'article 5:*

      ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
        *a) selon les formes légales (article 5, alinéa premier, lettre a).*

      ☐ **(b) in accordance with the following particular method*:**
        *b) selon la forme particulière suivante:*  _____

      _____

      ☐ **(c) by delivery to the addressee, who accepted it voluntarily.***
        *c) par remis e simple*

    **The documents referred to in the request have been delivered to:**
    *Les documents mentionnés dans la demande ont été remis à:*

      **-(identity and description of person)**

      *-(identité et qualité de la personne)*  _____

      **-relationship to the addressee (family, business or other):**

      *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*  _____

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

_____

_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

_____

| | |
|---|---|
| **Done at** _____ **, the** _____ |
| *Fait à* _____ **, le** _____ |
| **Signature and/or stamp.** |
| *Signature et/ou cachet.* |

_____

*Delete if inappropriate.*
*Rayer les mentions inutiles*

2

American LegalNet, Inc.
www.USCourtForms.com

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15,1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(Article 5, alinéa 4)*

Name and address of the requesting authority:

*Nom et adresse de l'autorité requérante:*   Joymax Co., Ltd.  c/o Steven Brower, Buchalter Nemer, 18400 Von Karman
Avenue, Suite 800, Irvine, Ca 92612

Particulars of the parties*:

*Identité des parties:*   Ecsro, Zabawa 118, 32-020 Wieliczka, Poland

**JUDICIAL DOCUMENT * ***
*ACTE JUDICIAIRE*

Nature and purpose of the document:

*Nature et object de l'acte:*   Complaint for Copyright Infringement, False Advertising, Trademark Infringement, Theft of
Trade Secrets

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:

*Nature et object de l'instance, le cas échéant, le mon tant du litige:*   Complaint for $500,000 and assignment of domain name of
www.ecsro.net to Joymax.

Date and place for entering appearance**:

*Date et lieu de la comparution:*   Response to Complaint must be filed with the court and served on Plaintiff Joymax
20-days after service of the Summons and Complaint.

Court which has given judgment**:

*Juridiction qui a rendu la décision:*   There is no judgment yet.  The Complaint was filed in the U.S. District Court for
the Central District of California - Santa Ana, California.

Date of Judgment**:

*Date de la décision:*   No judgment has been entered yet.

Time limits stated in the document**:

*Indication des délias figurant dans l'acte:*   Response to Complaint must be filed and served 20 days after Service of
Summons and Complaint.

**EXTRAJUDICIAL DOCUMENT***
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:

*Nature et objetde l'acte:*

Time limits stated in the document**:

*Indication des délias figurant dans l'acte:*

· If appropriate, identity and address of the person interested in the transmission of the document.
*S'd a lieu, identité at adresse de la personne intéessée à la transmission de l'acte.*

** Delete if inappropriate.
*Rayer les mentions inutiles*

U.S. GOVERNMENT PRINTING OFFICE, 1988 - 202-041/86121

American LegalNet, Inc.
www.USCourtForms.com

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at the The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Joymax Co., Ltd**<br>**c/o Steven Brower, Esq.**<br>**Buchalter Nemer**<br>**18400 Von Karman Avenue, Suite 800**<br>**Irvine, CA 92612, USA** | **Ministerstwo Sprawiedliwe OSCI**<br>**Department  Wspolpracy Miedzynarodowej**<br>**i Prawa Europejskipgo**<br>**Al. Vjazdowskie II**<br>**00-950 Warszawa Poland** |

**The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés.*
*en la priani conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* _____

_____

☒ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***

  *a) selon les formes légales (article 5, alinéa premier, lettre a).* _____

☐ **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**

  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

☐ **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**

  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side**

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons _____

Complaint _____

_____   Done at _____ , the _____

_____   *Fait à* _____ , *le* _____

_____

_____   **Signature and/or stamp.**
                                        *Signature et/ou cachet.*
_____

---

*Delete if inappropriate          1   (Formerly OBD -116 which was formerly LAA -116,    USM-94
Rayer les mentions inutiles           both of which may still be used)    (Est. 11/22/77)

American LegalNet, Inc.
www.USCourtForms.com

# CERTIFICATE

*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served\***
*1.  que la demande a étéexécutée*

    **-the (date)**
    *-le (date)* _____

    **-at (place, street, number)**
    *-à (localité, rue numéro)* _____

    _____

    **-in one of the following methods authorised by article 5-**

    *-dans une des formes suivantes prévues à l'article 5:*

        ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a) selon les formes légales (article 5, alinéa premier, lettre a).*

        ☐ **(b) in accordance with the following particular method\*:**
          *b) selon la forme particulière suivante:* _____

        _____

        ☐ **(c) by delivery to the addressee, who accepted it voluntarily.\***
          *c) par remis e simple*

    **The documents referred to in the request have been delivered to:**
    *Les documents mentionnés dans la demande ont été remis à:*

        **-(identity and description of person)**
        *-(identité et qualité de la personne)* _____

        _____

        **-relationship to the addressee (family, business or other):**
        *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

        _____

**2) that the document has not been served, by reason of the following facts\*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

_____

_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

_____

| | |
|---|---|
| **Done at** _____ **, the** _____ | |
| *Fait à* _____ **, le** _____ | |
| **Signature and/or stamp.** | |
| *Signature et/ou cachet.* | |

_____

**\*Delete if inappropriate.**
*Rayer les mentions inutiles*

2

American LegalNet, Inc.
www.USCourtForms.com

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15,1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(Article 5, alinéa 4)*

Name and address of the requesting authority:

*Nom et adresse de l'autorité requérante:*   Joymax Co., Ltd.  c/o Steven Brower, Buchalter Nemer, 18400 Von Karman
Avenue, Suite 800, Irvine, Ca 92612

Particulars of the parties*:

*Identité des parties:*   Ecsro.Net, Zabawa 118, 32-020 Wieliczka, Poland

**JUDICIAL DOCUMENT * ***
*ACTE JUDICIAIRE*

Nature and purpose of the document:

*Nature et objet de l'acte:*   Complaint for Copyright Infringement, False Advertising, Trademark Infringement, Theft of
Trade Secrets

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:

*Nature et objet de l'instance, le cas échéant, le mon tant du litige:*   Complaint for $500,000 and assignment of domain name of
www.ecsro.net to Joymax.

Date and place for entering appearance**:

*Date et lieu de la comparution:*   Response to Complaint must be filed with the court and served on Plaintiff Joymax
20-days after service of the Summons and Complaint.

Court which has given judgment**:

*Juridiction qui a rendu la décision:*   There is no judgment yet.  The Complaint was filed in the U.S. District Court for
the Central District of California - Santa Ana, California.

Date of Judgment**:

*Date de la décision:*   No judgment has been entered yet.

Time limits stated in the document**:

*Indication des délias figurant dans l'acte:*   Response to Complaint must be filed and served 20 days after Service of
Summons and Complaint.

**EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:

*Nature et objet de l'acte:*

Time limits stated in the document**:

*Indication des délias figurant dans l'acte:*

*If appropriate, identity and address of the person interested in the transmission of the document.
*S'd a lieu, identité at adresse de la personne intéessée à la transmission de l'acte.*

** Delete if inappropriate.
*Rayer les mentions inutiles*

U.S. GOVERNMENT PRINTING OFFICE, 1988 - 202-041/86121

American LegalNet, Inc.
www.USCourtForms.com

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at the The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Joymax Co., Ltd**<br>**c/o Steven Brower, Esq.**<br>**Buchalter Nemer**<br>**18400 Von Karman Avenue, Suite 800**<br>**Irvine, CA 92612, USA** | **Ministerstwo Sprawiedliw OSCI**<br>**Department Wspolpracy Miedzynarodowej**<br>**i Prawa Europejskipgo**<br>**Al. Vjazdowskie II**<br>**00-950 Warszawa Poland** |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

    **(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)* _____

[X] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***

    *a) selon les formes légales (article 5, alinéa premier, lettre a).* _____

[ ] **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**

    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

[ ] **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**

    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate**
**as provided on the reverse side**

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation*
*figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons
_____

Complaint
_____

_____    **Done at** _____ **, the** _____

_____    *Fait à* _____ *, le* _____

_____

_____    **Signature and/or stamp.**

_____    *Signature et/ou cachet.*

*Delete if inappropriate
*Rayer les mentions inutiles*

1  (Formerly OBD -116 which was formerly LAA -116,
both of which may still be used)

USM-94
(Est. 11/22/77)

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE

*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1.   que la demande a étéexécutée*

    -the (date)

    *-le (date)* _____

    -at (place, street, number)

    *-à (localité, rue numéro)* _____

    _____

    -in one of the following methods authorised by article 5-

    *-dans une des formes suivantes prévues à l'article 5:*

      ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a) selon les formes légales (article 5, alinéa premier, lettre a).*

      ☐ (b) in accordance with the following particular method*:
         *b) selon la forme particulière suivante:* _____

      _____

      ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
         *c) par remis e simple*

    The documents referred to in the request have been delivered to:
    *Les documents mentionnés dans la demande ont été remis à:*

      -(identity and description of person)

      *-(identité et qualité de la personne)* _____

      _____

      -relationship to the addressee (family, business or other):

      *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

      _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

_____

Done at _____ , the _____

*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

_____

*Delete if inappropriate.
Rayer les mentions inutiles*

2

American LegalNet, Inc.
www.USCourtForms.com

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15,1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(Article 5, alinéa 4)*

Name and address of the requesting authority:

*Nom et adresse de l'autorité requérante:*   Joymax Co., Ltd.  c/o Steven Brower, Buchalter Nemer, 18400 Von Karman
Avenue, Suite 800, Irvine, Ca 92612

Particulars of the parties*:

*Identité des parties:*   Gold Sold, Zabawa 118, 32-020 Wieliczka, Poland

### JUDICIAL DOCUMENT * *
*ACTE JUDICIAIRE*

Nature and purpose of the document:

*Nature et objet de l'acte:*   Complaint for Copyright Infringement, False Advertising, Trademark Infringement, Theft of
Trade Secrets

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:

*Nature et objet de l'instance, le cas échéant, le mon tant du litige:*   Complaint for $500,000 and assignment of domain name of
www.ecsro.net to Joymax.

Date and place for entering appearance**:

*Date et lieu de la comparution:*   Response to Complaint must be filed with the court and served on Plaintiff Joymax
20-days after service of the Summons and Complaint.

Court which has given judgment**:

*Juridiction qui a rendu la décision:*   There is no judgment yet.  The Complaint was filed in the U.S. District Court for
the Central District of California - Santa Ana, California.

Date of Judgment**:

*Date de la décision:*   No judgment has been entered yet.

Time limits stated in the document**:

*Indication des délias figurant dans l'acte:*   Response to Complaint must be filed and served 20 days after Service of
Summons and Complaint.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:

*Nature et objetde l'acte:*

Time limits stated in the document**:

*Indication des délias figurant dans l'acte:*

* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il a lieu, identité et adresse de la personne intéessée à la transmission de l'acte.*

** Delete if inappropriate.
*Rayer les mentions inutiles*

U.S. GOVERNMENT PRINTING OFFICE. 1988 - 202-041/86121

American LegalNet, Inc.
www.USCourtForms.com

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at the The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| **Joymax Co., Ltd**<br>**c/o Steven Brower, Esq.**<br>**Buchalter Nemer**<br>**18400 Von Karman Avenue, Suite 800**<br>**Irvine, CA 92612, USA** | **Ministerstwo Sprawiedliw OSCI**<br>**Department  Wspolpracy Miedzynarodowej**<br>**i Prawa Europejskipgo**<br>**Al. Vjazdowskie II**<br>**00-950 Warszawa Poland** |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

    **(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés.*
*en la priani conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir.*

    *(identité et adresse)* _____

[X] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***

    *a) selon les formes légales (article 5, alinéa premier, lettre a).* _____

[ ] **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**

    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with a certificate
as provided on the reverse side**

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation*
*figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons
_____

Complaint
_____

_____

_____

_____

_____

Done at _____ , the _____

*Fait à* _____ , *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*Delete if inappropriate
*Rayer les mentions inutiles*

1  (Formerly OBD -116 which was formerly LAA -116,
both of which may still be used)

USM-94
(Est. 11/22/77)

American LegalNet, Inc.
www.USCourtForms.com

# CERTIFICATE

## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1.  que la demande a étéexécutée*

    **-the (date)** _____
    *-le (date)* _____

    **-at (place, street, number)**
    *-à (localité, rue numéro)* _____

    **-in one of the following methods authorised by article 5-**

    *-dans une des formes suivantes prévues à l'article 5:*

        ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
           *a) selon les formes légales (article 5, alinéa premier, lettre a).*

        ☐ **(b) in accordance with the following particular method*:**
           *b) selon la forme particulière suivante:* _____
        _____

        ☐ **(c) by delivery to the addressee, who accepted it voluntarily.***
           *c) par remis e simple*

    **The documents referred to in the request have been delivered to:**
    *Les documents mentionnés dans la demande ont été remis à:*

        **-(identity and description of person)**
        *-(identité et qualité de la personne)* _____
    _____

        **-relationship to the addressee (family, business or other):**
        *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____
    _____

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at _____ , the _____
*Fait à* _____ , *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

_____

*Delete if inappropriate.
*Rayer les mentions inutiles*

American LegalNet, Inc.
www.USCourtForms.com

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15,1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(Article 5, alinéa 4)*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*  Joymax Co., Ltd.  c/o Steven Brower, Buchalter Nemer, 18400 Von Karman
Avenue, Suite 800, Irvine, Ca 92612

Particulars of the parties*:
*Identité des parties:*  Goldsold.pl, Zabawa 118, 32-020 Wieliczka, Poland

**JUDICIAL DOCUMENT * ***
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*  Complaint for Copyright Infringement, False Advertising, Trademark Infringement, Theft of
Trade Secrets

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le mon tant du litige:*  Complaint for $500,000 and assignment of domain name of
www.ecsro.net to Joymax.

Date and place for entering appearance**:
*Date et lieu de la comparution:*  Response to Complaint must be filed with the court and served on Plaintiff Joymax
20-days after service of the Summons and Complaint.

Court which has given judgment**:
*Juridiction qui a rendu la décision:*  There is no judgment yet.  The Complaint was filed in the U.S. District Court for
the Central District of California - Santa Ana, California.

Date of Judgment**:
*Date de la décision:*  No judgment has been entered yet.

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*  Response to Complaint must be filed and served 20 days after Service of
Summons and Complaint.

**EXTRAJUDICIAL DOCUMENT****
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*

*If appropriate, identity and address of the person interested in the transmission of the document.
*S'd a lieu, identité at adresse de la personne intéessee à la transmission de l'acte.*

** Delete if inappropriate.
*Rayer les mentions inutiles*

U.S. GOVERNMENT PRINTING OFFICE, 1988 - 202-041/86121

American LegalNet, Inc.
www.USCourtForms.com

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at the The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Joymax Co., Ltd**<br>**c/o Steven Brower, Esq.**<br>**Buchalter Nemer**<br>**18400 Von Karman Avenue, Suite 800**<br>**Irvine, CA 92612, USA** | **Ministerstwo Sprawiedliw OSCI**<br>**Department  Wspolpracy Miedzynarodowej**<br>**i Prawa Europejskipgo**<br>**Al. Vjazdowskie II**<br>**00-950 Warszawa Poland** |

**The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**

**(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire- a l'autorité destinataire les documents ci-dessous énumérés. en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* _____

☒ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***

*a) selon les formes légales (article 5, alinéa premier, lettre a).* _____

☐ **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:**

*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

_____

☐ **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with a certificate as provided on the reverse side**

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*
Summons
_____
Complaint
_____
_____
_____
_____
_____

**Done at** _____ **, the** _____
*Fait à* _____ *, le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*Delete if inappropriate
*Rayer les mentions inutiles*

1   (Formerly OBD -116 which was formerly LAA -116,
both of which may still be used)

USM-94
(Est. 11/22/77)

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE

*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served\***
*1.  que la demande a étéexécutée*

    **-the (date)**
    *-le (date)* _____

    **-at (place, street, number)**
    *-à (localité, rue numéro)* _____

    _____

    **-in one of the following methods authorised by article 5-**

    *-dans une des formes suivantes prévues à l'article 5:*

      ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a) selon les formes légales (article 5, alinéa premier, lettre a).*

      ☐ **(b) in accordance with the following particular method\*:**
          *b) selon la forme particulière suivante:* _____

          _____

      ☐ **(c) by delivery to the addressee, who accepted it voluntarily.\***
          *c) par remis e simple*

    **The documents referred to in the request have been delivered to:**
    *Les documents mentionnés dans la demande ont été remis à:*

      **-(identity and description of person)**
      *-(identité et qualité de la personne)* _____

      _____

      **-relationship to the addressee (family, business or other):**
      *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

      _____

**2) that the document has not been served, by reason of the following facts\*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

_____

_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

_____

**Done at** _____ **, the** _____

*Fait à* _____ *, le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

_____

**\*Delete if inappropriate.**
*Rayer les mentions inutiles*

2

American LegalNet, Inc.
www.USCourtForms.com

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15,1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(Article 5, alinéa 4)*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*   Joymax Co., Ltd.  c/o Steven Brower, Buchalter Nemer, 18400 Von Karman
Avenue, Suite 800, Irvine, Ca 92612

Particulars of the parties*:
*Identité des parties:*   Grzegorz Grycuk, Zabawa 118, 32-020 Wieliczka, Poland

**JUDICIAL DOCUMENT** * *
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*   Complaint for Copyright Infringement, False Advertising, Trademark Infringement, Theft of
Trade Secrets

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le mon tant du litige:*   Complaint for $500,000 and assignment of domain name of
www.ecsro.net to Joymax.

Date and place for entering appearance**:
*Date et lieu de la comparution:*   Response to Complaint must be filed with the court and served on Plaintiff Joymax
20-days after service of the Summons and Complaint.

Court which has given judgment**:
*Juridiction qui a rendu la décision:*   There is no judgment yet.  The Complaint was filed in the U.S. District Court for
the Central District of California - Santa Ana, California.
Date of Judgment**:
*Date de la décision:*   No judgment has been entered yet.

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*   Response to Complaint must be filed and served 20 days after Service of
Summons and Complaint.

**EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objete l'acte:*

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*

* If appropriate, identity and address of the person interested in the transmission of the document.
*S'd a lieu, identité at adresse de la personne intéessée a la transmission de l'acte.*

** Delete if inappropriate.
*Rayer les mentions inutiles*

U.S. GOVERNMENT PRINTING OFFICE, 1988 - 202-041/86121

American LegaiNet, Inc.
www.USCourtForms.com