STEVEN BROWER (SBN: 93568)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: sbrower@buchalter.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYMAX CO., LTD,<br><br>    Plaintiff,<br><br>  vs.<br><br>GRZEGORZ GRYCUK, ECSRO, ECSRO.NET, GOLD SOLD, GOLDSOLD.PL and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. SACV09-1432 (RNB)<br><br>**REQUEST TO ENTER DEFAULT AS TO DEFENDANTS GRZEGORZ GRYCUK, ECSRO AND ECSRO.NET** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Joymax Co., Ltd. hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants Grzegorz Grycuk ("Grycuk"), Escro and Escro.net on the grounds that Grycuk, Escro and Escro.net and each of them have failed to appear or otherwise respond to the complaint within the time prescribed by Federal Rules of Civil Procedure Rule 12(a)(1)(A)(ii).

Plaintiff served the Summons and Complaint pursuant to Federal Rules of Civil Procedure Rule 4 and pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention") on Grycuk, Escro and Escro.net, and each of them, on

1  February 23, 2010 in Poland, as evidenced by the Proofs of Service executed by the
2  Polish Regional Court Judge and filed with this Court on June 22, 2010.
3      Pursuant to Rule 12(a)(1)(A)(ii), Grycuk, Escro and Escro.net, and each of
4  them, were required to respond to the complaint within 90 days of service, or by no
5  later than May 24, 2010.  No response has been filed with the Court.
6      The facts stated herein are set forth in the Declaration of Steven Brower, filed
7  concurrently herewith.

DATED: July 11, 2010         BUCHALTER NEMER
                             A Professional Corporation


                             By:   /s/
                                   STEVEN BROWER
                                   CAROL A. DWYER
                                   Attorney for Plaintiff
                                   JOYMAX CO., LTD