STEVEN BROWER (SBN: 93568)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: sbrower@buchalter.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYMAX CO., LTD, <br><br> Plaintiff, <br><br> vs. <br><br> GRZEGORZ GRYCUK, ECSRO, ECSRO.NET, GOLD SOLD, GOLDSOLD.PL and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. SACV 09-01432 JVS (Ex) <br><br> **STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

    JOYMAX hereby reports the status of this matter as follows, and requests that the Court continue the Status Conference currently scheduled for Monday, December 13, 2010.

    1.    Joymax is the only non-defaulting party to this matter. The Court has entered the default of Grzegorz Grycuk, ECSRO and ESCRO.net. The Court has dismissed the Complaint, without prejudice, as to the other two defendants.

    2.    Counsel for Joymax met with the U.S. representatives of the client earlier this week for the purpose of moving the Application for Default Judgment to completion. The undersigned acknowledges having previously stated his intention to have the Application on file before December 13, 2010. However, in the course of preparing the actual application counsel has determined that placing proper

evidence before the Court, even with the advantage of a default, will require some additional time. Because the Declaration must be signed by a company representative in Korea, and because of delays during the holiday, it now appears that the Application will be filed no later than the first week of January, 2011. Joymax would request that the Status Conference be continued to the second week of January or whichever date thereafter is convenient for the Court.

     3.    The undersigned counsel is prepared to appear for the Status Conference, as scheduled, if requested by the Court.

DATED: December 9, 2010        BUCHALTER NEMER
                                        A Professional Corporation


                                       By:_____
                                            STEVEN BROWER
                                          Attorneys for Plaintiff
                                           Joymax Co., Ltd.