STEVEN BROWER (SBN: 93568)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: sbrower@buchalter.com

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYMAX CO., LTD, <br><br> Plaintiff, <br><br> vs. <br><br> GRZEGORZ GRYCUK, ECSRO, ECSRO.NET, GOLD SOLD, GOLDSOLD.PL and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. SACV 09-01432 JVS (Ex) <br><br> **JUDGMENT AND PERMANENT INJUNCTION** |

The court, having considered the papers and pleadings on file herein, and based on the evidence and argument presented by plaintiff Joymax Co. Ltd, and pursuant to the "Order Granting Plaintiff's Application for Entry of Default Judgment in Part,"

IT IS ORDERED AND JUDGMENT SHALL BE ENTERED AS FOLLOWS:

1. Default judgment shall be entered in favor of Joymax Co., Ltd. and against Grzegorz Grycuk, ECSRO and ECSRO.NET.

2. Joymax Co., Ltd. shall recover statutory damages, based upon willful infringement of copyright, pursuant to 17 U.S.C §504(c)(2), in the amount of $75,000.

3. Joymax Co., Ltd. shall recover costs of suit, pursuant to 17 U.S.C. §505, in the amount of $4,750.

4. Joymax Co., Ltd. shall recover attorneys fees, pursuant to 17 U.S.C. §505, in the amount of $28,050.

5. Defendants Grzegorz Grycuk, ECSRO and ECSRO.NET, and all persons and entities acting in concert with those defendants, are hereby permanently enjoined from operating any computer, server or other electronic device in conjunction with any version of the copyrighted Silkroad Online Server software and are further enjoined from offering or purporting to offer the sale or use of any gold, silk, weapons, armor or other character enhancing token or device for use in conjunction with Silkroad Online.

6. Pursuant to 15 U.S.C. §1125(d)(ii)(C), and pursuant to the applicable ICANN rules relating to the reassignment of domain names, it is hereby Ordered that the current registrar for the domain name www.ecsro.com shall be reassigned to plaintiff Joymax Co., Ltd. and this court will retain jurisdiction to issue any necessary supplemental orders, addressed to the registrar or other authority, upon appropriate showing of necessity by Joymax Co., Ltd.

IT IS SO ORDERED, ADJUDGED AND DECREED THIS 12th DAY OF SEPTEMBER, 2011.

_____
Judge, United States District Court